

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00974-CV

**IN THE INTEREST OF L.G.**, J.G., and J.G., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1222-CV-D
Honorable Robin V. Dwyer, Judge Presiding

Opinion by:    Patricia O. Alvarez, Justice

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: May 29, 2019

DISMISSED FOR WANT OF PROSECUTION

In this parental rights termination suit initiated by the paternal grandparents, Appellant filed her notice of appeal on December 17, 2018. Thereafter, this court granted Appellant's first motion for extension of time to file the brief. *See* TEX. R. APP. P. 38.6(a).

In our March 27, 2019 order granting Appellant's second motion for an extension of time to file the brief, we warned Appellant that no further extensions of time to file Appellant's brief would be granted, and we ordered Appellant to file the brief by April 23, 2019. We also warned Appellant that if she failed to file her brief as ordered, this court could dismiss her appeal.

On May 7, 2019, after no brief or motion for extension of time to file the brief was filed, we ordered Appellant to show cause in writing not later than May 17, 2019, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v.*

*City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).  We advised Appellant that her written response must include a reasonable explanation for Appellant's failure to timely file the brief.  *See* TEX. R. APP. P. 38.8(a).  We cautioned Appellant as follows: "**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.**"  *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

To date, Appellant has filed no response to our May 7, 2019 order.  We dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Patricia O. Alvarez, Justice